HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:22-cr-00247-JLT |
| ) | |
| *Plaintiff,* ) | **APPLICATION AND ORDER** |
| ) | **APPOINTING COUNSEL** |
| vs. ) | |
| ) | |
| ADRIAN MUNOZ, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |
| ) | |

Defendant, Adrian Munoz, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

Mr. Munoz was sentenced to 24 months in custody and 3 years of supervised release. Mr. Munoz began his supervised release on January 18, 2022. Mr. Munoz submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing Mr. Munoz Financial Affidavit, it is respectfully recommended that counsel be appointed.

DATED: April 11, 2024                               */s/ Eric V Kersten*
                                                                ERIC V. KERSTEN
                                                                Assistant Federal Defender
                                                                Branch Chief, Fresno Office

**O R D E R**

    Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**April 11, 2024**__                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE