**MAI SHAWWA** State Bar No. 236683
1226 "L" Street
Bakersfield, CA 93301
Tel.:(661) 348-4483

Email: mai@shawwalaw.com

Attorney for Defendant
ADRIAN MUNOZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>     vs.<br><br>ADRIAN MUNOZ,<br><br>                          Defendant. | Case No: 1:22-CR-00247 JLT<br><br>**MOTION REQUESTING EARLY TERMINATION OF SUPERVISED RELEASE AND ORDER** |

Defendant Adrian Munoz, by and through his counsel, Mai Shawwa, will and does hereby move this Court for an order for early termination of his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1).

**FACTS AND PROCEDURAL HISTORY**

Mr. Munoz was sentenced to a term of imprisonment followed by three years of supervised release. Mr. Munoz's supervised release commenced on January 18, 2022, and is due to expire on January 17, 2025.

On September 13, 2022, Mr. Munoz transferred his supervision from the Southern District of California to the Eastern District of California.

## AUTHORITY

Title 18 U.S.C. §3583(e) provides in relevant part:

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B),(a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is **warranted by the conduct of the defendant released *and* the interest of justice**; (*emphasis added*)

Some of the factors the Court must consider are the nature and circumstances of the offense, the characteristics of the defendant, deterrence, protection of the public, and whether rehabilitation or corrective training is needed.

## SUPERVISION HISTORY

After serving his sentence, Mr. Munoz was released on January 18, 2022. Mr. Munoz began his rehabilitation by obtaining employment. He is currently working at the Hampton Inn in Bakersfield and is living with his mother.

Mr. Munoz wishes to move to Las Vegas to advance in his hospitality profession. He also wishes to travel with his mother without the hurdles of pre-approvals of travel.

Mr. Munoz has made every effort to be rehabilitated, not only for himself and the court but for his family as well. He has vowed to continue to be a productive member of our society, which makes him a candidate worthy of early termination of supervised release.

## REQUEST FOR EARLY TERMINATION FOR SUPERVISED RELEASE

Pursuant to 18 U.S.C. §3583(e)(1), the Court may terminate a term of supervised release and discharge the defendant released at any time after the expiration of <u>one</u> year of supervised release. As set forth above, Adrian Munoz has completed 27 months of supervised release without any violations. Also, as noted above, he has remained steadily employed. Having completed 27 months of the term of supervised release imposed by the Court without any

violations, Adrian Munoz believes that he has derived the maximum benefit from supervision and that continued supervision is not necessary.

It is counsel's understanding and belief that Probation Officer Marissa Frazure is not objecting to Mr. Munoz's request for early termination. It is also counsel's understanding and belief that the government is not taking a position on the request.

**CONCLUSION**

For the foregoing reasons, defendant Emil Babadjov requests the Court to issue an order granting his motion for early termination of his term of Supervised Release.

Respectfully Submitted,

Dated: April 23, 2024                         */s/Mai Shawwa//*
                                              MAI SHAWWA
                                              Attorney for
                                              Adrian Munoz

O R D E R

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Munoz for the reasons set forth above.

IT IS SO ORDERED.

Dated:   **May 1, 2024**                              _____
                                                      UNITED STATES DISTRICT JUDGE